NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE EUGENE HALSEY, IV AND CATHERINE A. GETZ

---

2011-1435
(Serial No. 10/744,522)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

## ON MOTION

---

## ORDER

Eugene Halsey, IV, and Catherine A. Getz move for a 21-day extension of time, until January 9, 2012, to file their reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

__DEC 1 5 2011__                      /s/ Jan Horbaly
Date                                  Jan Horbaly
                                      Clerk

cc:  Gokalp Bayramoglu, Esq.
     Raymond T. Chen, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 1 5 2011

JAN HORBALY
CLERK